**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00186-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CORY RAY HENSLEY,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND
ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 12) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for September 8, 2009, and the jury trial set to commence on September 14, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than August 7, 2009 to set this matter for a Change of Plea Hearing.

DATED: July 31, 2009.

                BY THE COURT:

                *[signature]*
                _____
                CHRISTINE M. ARGUELLO
                United States District Judge