# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  09-cr-00186-CMA-01 |
| | USM Number:  35001-013 |
| CORY RAY HENSLEY | LaFonda Jones, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Abstain from the Use of Alcohol or Other Intoxicants During the Course of Treatment | 07/08/12 |
| 2 | Failure to Notify the Probation Officer at Least Ten Days Prior to Any Change in Employment or Residence | 08/08/12 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 8, 2013
Date of Imposition of Judgment

*Christine M. Arguello*
Signature of Judge

Christine M. Arguello, U.S. District Judge
Name & Title of Judge

10/10/13
Date

DEFENDANT:  CORY RAY HENSLEY
CASE NUMBER:  09-cr-00186-CMA-01                                                              Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 08/20/12 |
| 4 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 08/22/12 |
| 5 | Violation of the Law | 03/12/13 |
| 6 | Violation of the Law | 04/09/13 |

DEFENDANT:  CORY RAY HENSLEY
CASE NUMBER:  09-cr-00186-CMA-01 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months, to run consecutive with sentences imposed in Moffat County Court, Case Nos. 2012CR000170 and 2013M77.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal